**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-20070 |
| | § | |
| THOMAS WHITE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $13,796.45 |
| Total Distributions to Claimants: | $3,150.74 | Claims Discharged Without Payment: | $25,556.88 |
| Total Expenses of Administration: | $1,113.86 | | |

3) Total gross receipts of $9,669.78 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $5,405.18 (see **Exhibit 2**), yielded net receipts of $4,264.60 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $9,941.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,113.86 | $1,113.86 | $1,113.86 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $28,134.80 | $25,364.62 | $25,364.62 | $3,150.74 |
| **Total Disbursements** | $38,075.80 | $26,478.48 | $26,478.48 | $4,264.60 |

4). This case was originally filed under chapter 7 on 06/09/2015. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2016          By:   /s/ David P. Leibowitz
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2015 Tax Refund | 1224-002 | $9,669.78 |
| **TOTAL GROSS RECEIPTS** | | $9,669.78 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| THOMAS WHITE | Exemptions | 8100-002 | $5,405.18 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $5,405.18 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gateway Financial Solutions | 4210-000 | $9,941.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $9,941.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Leibowitz, Trustee | 2100-000 | NA | $1,066.15 | $1,066.15 | $1,066.15 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $18.32 | $18.32 | $18.32 |
| Green Bank | 2600-000 | NA | $29.39 | $29.39 | $29.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,113.86 | $1,113.86 | $1,113.86 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Gateway Financial Solutions | 7100-000 | $9,941.00 | $11,863.62 | $11,863.62 | $1,473.67 |
| 2 | City of Chicago Department of Finance | 7100-000 | $14,850.80 | $13,501.00 | $13,501.00 | $1,677.07 |
|  | CDA/Pontiac | 7100-000 | $673.00 | $0.00 | $0.00 | $0.00 |
|  | MSCI, Inc. | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | Peoples Energy | 7100-000 | $1,900.00 | $0.00 | $0.00 | $0.00 |
|  | Stellar Recovery, Inc. | 7100-000 | $130.00 | $0.00 | $0.00 | $0.00 |
|  | Transworld Systems, Inc. | 7100-000 | $340.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$28,134.80** | **$25,364.62** | **$25,364.62** | **$3,150.74** |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 15-20070-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WHITE, THOMAS | Date Filed (f) or Converted (c): | 06/09/2015 (f) |
| For the Period Ending: | 12/10/2016 | §341(a) Meeting Date: | 07/21/2015 |
| | | Claims Bar Date: | 06/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 American Currency (cash on hand) | $1.45 | $0.00 | | $0.00 | FA |
| 2 Checking Account | $400.00 | $0.00 | | $0.00 | FA |
| 3 Used Household Furniture | $6,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Claimed exemption in excess of allowed. Trustee does not believe that furniture has value in liquidation | | | | | |
| 4 Men's Used Clothing/Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 5 2003 Chrysler | $3,395.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor deleted this vehicle when he filed amended schedule B on October 5, 2015 and added the Ford F250 (item 6 below). It appears that the Chrysler was either surrendered to or repossessed by Gateway Financial, as Gateway filed POC for deficiency. | | | | | |
| 6 2000 Ford F250 (u) | $3,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** This appears to be his only vehicle according to the amended schedules. Exemption is in excess of vehicle exemption, but for $600, not worth pursuing. | | | | | |
| 7 Unscheduled 2015 Tax Refund (u) | $0.00 | $4,264.60 | | $9,669.78 | FA |
| **Asset Notes:** Debtor's pro-rated portion: $5405.18 | | | | | |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets**
| $13,796.45 | $4,264.60 | | $9,669.78 | $0.00 |

**Major Activities affecting case closing:**

06/30/2016  2016 Reporting Period:
Asset Case - Intercepted 2015 tax refund
Claims bar date: 6/29/16
Claims have been reviewed and case is ready for TFR

**Initial Projected Date Of Final Report (TFR):** 12/31/2016   **Current Projected Date Of Final Report (TFR):** 08/26/2016   /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 15-20070-JSB | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | WHITE, THOMAS | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1723 | | | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/9/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/28/2016 | | United States Treasury | Unscheduled 2015 Tax Refund | * | $9,669.78 | | $9,669.78 |
| | {7} | | Debtor's pro-rated portion   $5,405.18 | 1224-002 | | | $9,669.78 |
| | {7} | | Estate portion of 2015 tax refund   $4,264.60 | 1224-000 | | | $9,669.78 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.00 | $9,668.78 |
| 03/31/2016 | 3001 | THOMAS WHITE | Debtor's Pro-Rated Portion of Tax Refund | 8100-002 | | $5,405.18 | $4,263.60 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $4,255.32 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.64 | $4,248.68 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.63 | $4,242.05 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.84 | $4,235.21 |
| 10/18/2016 | 3002 | David Leibowitz | Trustee Compensation | 2100-000 | | $1,066.15 | $3,169.06 |
| 10/18/2016 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $18.32 | $3,150.74 |
| 10/18/2016 | 3004 | Gateway Financial Solutions | Amount Claimed: 11,863.62;  Distribution Dividend: 12.42; Claim #: 1; Dividend: 34.79; Amount Allowed: 11,863.62; Notes: (1-1) DEFICIENCY BALANCE/AUTO LOAN; | 7100-000 | | $1,473.67 | $1,677.07 |
| 10/18/2016 | 3005 | City of Chicago Department of Finance | Amount Claimed: 13,501.00;  Distribution Dividend: 12.42; Claim #: 2; Dividend: 39.59; Amount Allowed: 13,501.00; Notes: ; | 7100-000 | | $1,677.07 | $0.00 |
| 11/06/2016 | 3002 | VOID: David Leibowitz | | 2100-003 | | ($1,066.15) | $1,066.15 |
| 11/06/2016 | 3006 | David Leibowitz | Trustee Compensation | 2100-000 | | $1,066.15 | $0.00 |

| | | | | **SUBTOTALS** | $9,669.78 | $9,669.78 | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 15-20070-JSB | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | WHITE, THOMAS | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***1723 | | **Checking Acct #:** | ******7001 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 6/9/2015 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/10/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | |
|---|---|---|
| **TOTALS:** | $9,669.78 | $9,669.78 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $9,669.78 | $9,669.78 | |
| **Less: Payments to debtors** | $0.00 | $5,405.18 | |
| **Net** | $9,669.78 | $4,264.60 | |

**For the period of 6/9/2015 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,264.60 |
| Total Non-Compensable Receipts: | $5,405.18 |
| Total Comp/Non Comp Receipts: | $9,669.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,264.60 |
| Total Non-Compensable Disbursements: | $5,405.18 |
| Total Comp/Non Comp Disbursements: | $9,669.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/28/2016 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,264.60 |
| Total Non-Compensable Receipts: | $5,405.18 |
| Total Comp/Non Comp Receipts: | $9,669.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,264.60 |
| Total Non-Compensable Disbursements: | $5,405.18 |
| Total Comp/Non Comp Disbursements: | $9,669.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-20070-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WHITE, THOMAS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1723 | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/9/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $9,669.78 | $9,669.78 | $0.00 |

**For the period of 6/9/2015 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,264.60 |
| Total Non-Compensable Receipts: | $5,405.18 |
| Total Comp/Non Comp Receipts: | $9,669.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,264.60 |
| Total Non-Compensable Disbursements: | $5,405.18 |
| Total Comp/Non Comp Disbursements: | $9,669.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/09/2015 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,264.60 |
| Total Non-Compensable Receipts: | $5,405.18 |
| Total Comp/Non Comp Receipts: | $9,669.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,264.60 |
| Total Non-Compensable Disbursements: | $5,405.18 |
| Total Comp/Non Comp Disbursements: | $9,669.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ